# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOHN HAHN,

                Plaintiff,

v.

COMMONWEALTH FINANCIAL
SYSTEMS, INC. and PENDRICK
CAPITAL PARTNERS, LLC,

                Defendants.

Case No. 19-CV-1656-JPS

**ORDER**

On March 26, 2020, the plaintiff in this case filed a notice of voluntary dismissal. (Docket #14). Federal Rule of Civil Procedure 41(a)(1)(A)(i) permits voluntarily dismissal of a case without a court order before the opposing party serves either an answer or a motion for summary judgment. Defendants have neither answered the complaint nor filed a motion for summary judgment. Therefore, the Court will adopt the notice of voluntary dismissal, and dismiss the case.

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #14) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice**, with each party to bear its own costs and fees.

Dated at Milwaukee, Wisconsin, this 30th day of March, 2020.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge